UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

JOSE CRUZ DURAN,
*on behalf of himself, FLSA Collective Plaintiffs and the Class*,

**Plaintiff,**

v.

CORAL CAST, LLC and
JOSEPH MARDEN,

**Defendants.**

---

Case No. 21-cv-00174 (LDH)

**RULE 68 JUDGMENT**

**WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants Coral Cast, LLC and Joseph Marden (collectively, "Defendants"), having offered to allow Plaintiff Jose Cruz Duran ("Plaintiff") to take a judgment against them, in the sum of Thirty Thousand Dollars and No Cents ($30,000.00), inclusive of all damages, liquidated damages, interest and attorneys' fees and costs, in accordance with the terms and conditions of Defendants' Rule 68 Offer dated November 8, 2021 and filed as Exhibit A to Docket Number 25;

**WHEREAS**, on November 10, 2021, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendants' Offer of Judgment (Dkt. No. 25);

It is **ORDERED and ADJUDGED,** that judgment is entered in favor of Plaintiff Jose Cruz Duran, in the sum of Thirty Thousand Dollars and No Cents ($30,000.00), in accordance with the terms and conditions of Defendants' Rule 68 Offer dated November 8, 2021 and filed as Exhibit A to Docket Number 25.

Dated: November 12, 2021
       Brooklyn, New York

DOUGLAS C. PALMER
CLERK OF COURT
BY: *Jalitza Poveda*
       Deputy Clerk