# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

JOSE CRUZ DURAN,
*on behalf of himself, FLSA Collective Plaintiffs and the Class,*

    Plaintiff,

v.

CORAL CAST, LLC and
JOSEPH MARDEN,

    Defendants.

Case No.: 21-cv-00174

**SATISFACTION OF JUDGMENT**

**WHEREAS**, a judgment was entered in the above action on November 12, 2021, as Docket No. 26, in favor of Plaintiff JOSE CRUZ DURAN, and against CORAL CAST, LLC and JOSEPH MARDEN (collectively, "Defendants"), in the sum amount of Thirty Thousand Dollars and Zero Cents ($30,000.00), and said judgment having been fully paid, and is certified that there are no outstanding executions with any Sheriff or Marshall,

**THEREFORE**, full satisfaction of said judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated: New York, New York
       November 19, 2021

LEE LITIGATION GROUP, PLLC

By: _____
C.K. Lee, Esq.
148 W. 24th Street, Eighth Floor
New York, New York 10011
Tel: (212) 465-1188
Fax: (212) 465-1181
*Attorney for Plaintiff*

STATE OF NEW YORK      )
                       )  ss.:
COUNTY OF New York     )

On the 19th day of November, 2024 before me personally came C.K. Lee to me known and known to be a partner of the firm of Lee Litigation Group, PLLC, attorneys for Plaintiff in the above-entitled action, and to be the same person described in and who executed the within satisfaction of judgment and acknowledged to me that she executed the same.

_____
Notary Public

Anne Seelig-Suhrcke
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 02SE6113610
Qualified in Queens County
Commission Expires 8/02/2024